IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CB5 |
| vs. | ORDER ON APPEARANCE FOR PRETRIAL RELEASE VIOLATION |
| DANIEL S. ROUCH, | |
| Defendant. | |

The defendant appeared before the Court on September 24, 2019 regarding Petition for Action on Conditions of Pretrial Release [70]. Jeffrey L. Thomas represented the defendant. Jody B. Mullis represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release conditions. The matter is set for a dispositional hearing on October 8, 2019 at 9:00 a.m. in Courtroom No. 7.

The government requested an order of detention. The defendant requested release pending the dispositional hearing. After consideration of the arguments of the parties, the Court finds there is no condition or combination of conditions of release that will assure that the defendant will not pose a danger to the safety of any other person or the community. The government's request for detention is granted.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 24th day of September, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge